DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 JANUARY 2015

| | | | |
|---|---|---|---|
| 151P14-2 | Kimberly Shreve v. N.C. Department of Justice, Kristen Fetter, Colon Willoughby, Wake County Sheriff Donnie Harrison, and Deputy Tina Byrd | Plaintiff's *Pro Se* Motion for Appellant's Opening Brief | Dismissed |
| 229P14 | Sharon Skoff, Employee v. US Airways, Inc., Employer, and New Hampshire Insurance Co., Carrier, (Chartis Claims, Inc., Third Party Administrator) | 1. Defs' Motion for Temporary Stay (COA13-994)<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/07/2014** Dissolved **01/22/2015**<br><br>2. Denied<br><br>3. Denied |
| 238P14 | State v. Roberto Torres-Robles | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1023) | Denied |
| 268A12-2 | State *Ex Rel.* Utils. Comm'n v. Cooper, Att'y Gen. | 1. Appellees' Motion to Consolidate Related Appeals<br><br>2. Appellees' Motion in the Alternative for Suggested Order of Appeals | 1. Dismissed as moot<br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |
| 319P14 | Kirk Alan Turner v. Special Agent Gerald R. Thomas, in his individual capacity and, in the alternative, in his official capacity; Special Agent Duane Deaver, in his individual capacity and, in the alternative, in his official capacity; Robin Pendergraft, in her individual capacity and, in the alternative, in her official capacity; and John and Jane Doe SBI Supervisors, in their individual capacities and, in the alternative, in their official capaci-ties | 1. Defs' (Thomas and Deaver) Motion for Temporary Stay (COA13-1131)<br><br>2. Defs' (Thomas and Deaver) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Thomas and Deaver) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **09/10/2014**<br><br>2. Allowed<br><br>3. Allowed |